**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEFFREY WOODARD                                                                                    PLAINTIFF

v.                                           5:09CV00057-WRW-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                 DEFENDANT

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 25th day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE