**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEFFREY WOODARD                                                                                      PLAINTIFF

v.                                      5:09CV00057-WRW-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Based on an Order entered this date adopting the findings and recommendations of United States Magistrate Judge Joe V. Volpe, this case is REMANDED to the Commissioner.

IT IS SO ORDERED this 25th day of November, 2009.

                                                                                              /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE