# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| JEFFERY WOODARD, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| MICHAEL J. ASTRUE, Commissioner, | * | No. 5:09-cv-00057-WRW-JJV |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

ORDER

The Court has reviewed the Magistrate Judge's recommendations with respect to attorney's fees in this case. No objections were filed. The Court concludes that the Magistrate Judge's recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings.

IT IS THEREFORE, ORDERED that:

(1) Plaintiff's attorney is entitled to an EAJA award of attorney's fees in the amount of $3,401.74;

(2) The Commissioner is directed to certify and pay to Alan J. Nussbaum, attorney for Plaintiff, the fees awarded pursuant to EAJA.

DATED this 20th day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE